

United States District Court
Eastern District of California

MICHAEL BENSON

Plaintiff(s)

V.

SFPP, LP

Defendant(s)

Case Number: 2:24-CV-02367-DAD-DMC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, James L. Messenger hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

SFPP, LP

On  12/18/1985  (date), I was admitted to practice and presently in good standing in the Massachusetts Supreme Judicial Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date:  May 6, 2026        Signature of Applicant: /s/ James L. Messenger

**Pro Hac Vice Attorney**

Applicant's Name: James L. Messenger

Law Firm Name: Gordon Rees Scully Mansukhani, LLP

Address: 28 State Street, Suite 1050

City: Boston    State: MA    Zip: 02109

Phone Number w/Area Code: (617) 902-0098

City and State of Residence: Lexington, MA

Primary E-mail Address: jmessenger@grsm.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Lara Cullinane-Smith

Law Firm Name: Gordon Rees Scully Mansukhani, LLP

Address: 3 Parkcenter Drive, Suite 200

City: Sacramento    State: CA    Zip: 95825

Phone Number w/Area Code: (916) 830-6538    Bar # 268671

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 8, 2026

_Dale A. Drozd_
JUDGE, U.S. DISTRICT COURT